**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSE GUTIRREZ DIAZ,

       *Petitioner*,

v.                                                                           Case No. 3:26-cv-358-WWB-SJH

WARDEN, BAKER CORRECTIONAL
INSTITUTE, et al.,

       *Respondents.*

_____

## <u>ORDER</u>

The Court previously granted the Petition and directed Respondents, within seven days of the Court's Order, to either afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release Petitioner. (Doc. 15). Before the Court is Petitioner's Emergency Motion to Enforce the Court's July 7, 2026 Order (Doc. 19), in which Petitioner requests immediate release because Federal Respondents did not comply with the Court's Order. Federal Respondents acknowledge their noncompliance, advising that due to "an oversight," they failed to provide Petitioner with a bond hearing within seven days of the Court's Order. (Doc. 21). Although Federal Respondents represent that a bond hearing was held after the Court ordered deadline, they explain that "[s]hould the Court Order Petitioner's immediate release, [they] will so comply." (*Id.* at 2).

Accordingly, it is **ORDERED**:

1. Petitioner's Emergency Motion to Enforce the Court's July 7, 2026 Order (Doc. 19) is **GRANTED** to the extent that Petitioner seeks immediate release. **As expeditiously as possible but NO LATER THAN 9:00 AM ON**

**AUGUST 6, 2026**, Respondents shall release Petitioner and file a notice confirming his release. Respondents shall facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.

2.  The file shall remain closed.

**DONE AND ORDERED** in Jacksonville, Florida on August 5, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:      Counsel of Record

2